UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CHRISTINE MARTINEAU )
)
) CIVIL ACTION
v. )
) Case No: 8:20-cv-01494
)
KILOLO KIJAKAZI, Acting )
Commissioner of the Social
Security Administration,

## CONSENT ORDER

The parties agree, and I hereby find, that Plaintiff is entitled to an award of Equal Access to Justice Act ("EAJA") fees in the amount of $8,322.62, that the EAJA application was filed by and for the Plaintiff and properly seeks an award of attorney's fees for the Plaintiff and not the counsel, that under the circumstances of this case, the EAJA fee has been assigned to counsel by written assignment, dated November 30, 2020, and that an award of attorney's fees in the amount of $8,322.62 be payable to Arthur Anderson, Anderson Lamb & Associates PC, P.O. Box 1624, Burlington, Vermont 05402, as assignee of Plaintiff, Christine Martineau, so long as Plaintiff owes no debt to the Government that would be subject to offset.

SO ORDERED.

Dated in the Northern District of New York, this 31st day of March, 2022.

*/s/ David E. Peebles*
David E. Peebles
U.S. Magistrate Judge

1